# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRAD LISTON,

         Plaintiff(s),

v.

JULIEN'S PEST CONTROL dba EVOLVE PEST CONTROL, et al.,

         Defendant(s).

2:21-cv-02229-JCM-VCF

**ORDER**

Before the Court is the motion for entry of default judgment. ECF No. 20.

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion for entry of clerk's default (ECF NO. 20), is scheduled for 11:00 AM, January 9, 2023, in Courtroom 3D.

DATED this 21st day of December 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1